*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
TANG, LAWRENCE, and GERRITY
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Derrick L. ROBINSON, Jr.**
Corporal, (E-4) U.S. Marine Corps
Appellant

**No. 201900301**

Decided: 12 May 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Michael D. Libretto

Sentence adjudged 15 July 2019[1] by a general court-martial convened at Marine Corps Recruit Depot Parris Island, South Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 38 months, and a dishonorable discharge.[2]

For Appellant:
*Captain B. L. Farrell, USMC*

---

[1] A post-Article 39(a) session was held on 15 August 2019 to address an appellate rights form correction.

[2] The Convening Authority suspended confinement in excess of 36 months for a period of 38 months pursuant to a pretrial agreement.

Opinion of the Court

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence as modified by this order are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59, 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court